IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Trevvaun Hunter, :
:
    Plaintiff(s), :
: Case Number: 1:19cv204
vs. :
: Judge Susan J. Dlott
C/O M. Ervin, et al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 31, 2020 (Doc. 35), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 15, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion for judgment on the pleadings (Doc. 29) is GRANTED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

/s/ Susan J. Dlott
Judge Susan J. Dlott
United States District Court